IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIDA L. JOHNSON, | No. C -13-04862 EDL |
| Plaintiff, | **ORDER FOR FURTHER BRIEFING** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

The Court orders limited further briefing in connection with the parties' cross-motions for summary judgment in this social security benefits case. At the June 26, 2012 administrative hearing in this case, a vocational expert testified that a hypothetical person based on someone of Plaintiff's age, education, work background and vocational limitations could not perform any of Plaintiff's past relevant work or any work in the national economy. AR 99. It does not appear that the Administrative Law Judge ("ALJ") addressed this aspect of the vocational expert's testimony. Accordingly, no later than August 5, 2014, the parties shall file simultaneous briefs, no longer than ten pages, on the issue of whether the ALJ should have addressed this testimony but did not, and if so, whether remand is appropriate or whether any such omission was harmless.

**IT IS SO ORDERED.**

Dated: July 22, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge