United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OUIDA L. JOHNSON,

          Plaintiff,

     v.

CAROLYN W. COLVIN,

          Defendant.

Case No.  13-cv-04862-EDL

**JUDGMENT**

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of November 6, 2014, Plaintiff's Motion for Summary Judgment is granted in part and denied in part, Defendant's Motion for Summary Judgment is granted in part and denied in part, and the case is remanded.

**IT IS SO ORDERED**.

Dated:  November 6, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge